# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

FIREARMS REGULATORY ACCOUNTABILITY COALITION, INC., et al.,

    Plaintiffs-Appellees,

v.

PAMELA BONDI, ATTORNEY GENERAL OF THE UNITED STATES, et al.,

    Defendants-Appellants.

No. 25-1748

## JOINT MOTION FOR ABEYANCE

The parties respectfully ask this Court to hold this action in abeyance and stay all outstanding deadlines, as the parties are currently engaged in settlement discussions and have agreed on a settlement in principle aimed at a negotiated disposition of the above-captioned matter.

1. Plaintiff Franklin Armory markets a firearm called the Antithesis and a firearm called the Reformation. The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) classified the Antithesis as a short-barreled rifle under the National Firearms Act of 1934 (NFA), 26 U.S.C. § 5801 *et seq*, and the Gun Control Act of 1968 (GCA), 18 U.S.C. § 921 *et seq*. The agency initially classified the Reformation as a short-barreled shotgun only under the GCA, but it later classified the Reformation as a short-barreled shotgun under the NFA and the GCA.

2. On summary judgment, the district court vacated ATF's classification of the Antithesis as a short-barreled rifle under the NFA and the GCA, and it vacated ATF's later classification of the Reformation as a short-barreled shotgun under the NFA and the GCA. The district court subsequently clarified that its ruling left undisturbed the 2018 classification letter for the Reformation. The district court also ordered ATF to create certain forms and procedures for firearms that fall only under the GCA. ATF appealed the judgment, and the district court stayed its judgment pending the appeal.

3. The parties are currently engaged in settlement discussions aimed at a negotiated resolution of the above-captioned appeal. Accordingly, the parties jointly request that this case be held in abeyance for the pendency of settlement negotiations. The parties will file a joint status update in 30 days on the progress of settlement.

                                                                         Respectfully submitted,

| | |
|---|---|
| */s/ Stephen J. Obermeier* | */s/ Ben Lewis* |
| STEPHEN J. OBERMEIER | COURTNEY DIXON |
| MICHAEL D. FAUCETTE | BEN LEWIS |
| JEREMY JOSEPH BROGGI | Appellate Staff, Civil Division |
| WILLIAM KERWIN LANE III | U.S. Department of Justice |
| BOYD GARRIOTT | 950 Pennsylvania Ave. NW, Rm. 7250 |
| Wiley Rein LLP | Washington, DC 20530 |
| 2050 M Street NW | (202) 514-5091 |
| Washington, DC 20036 | benjamin.r.lewis@usdoj.gov |
| Tel: (202) 719-7000 | |
| Fax: (202) 719-7049 | *Attorneys for defendants-appellants* |
| sobermeier@wiley.law | |
| | |
| *Attorneys for plaintiffs-appellees* | |

# CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared with Garamond 14-point, a proportionally spaced font, and the motion complies with Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 284 words, according to the word count of Microsoft Word.

*/s/ Ben Lewis*
Ben Lewis

# CERTIFICATE OF SERVICE

I certify that on June 5, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Ben Lewis*
Ben Lewis