# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-1748

Firearms Regulatory Accountability Coalition, Inc. and Franklin Armory, Inc..

Appellees

v.

Pamela Bondi, Attorney General of the United States, et al.

Appellants

---

Appeal from U.S. District Court for the District of North Dakota - Western
(1:23-cv-00003-DMT)

---

**ORDER**

The motion to hold the case in abeyance is granted. The parties are requested to file a joint status report regarding the progress of settlement by July 9, 2025.

June 09, 2025

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Susan E. Bindler