# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-1748

Firearms Regulatory Accountability Coalition, Inc. and Franklin Armory, Inc..

Appellees

v.

Pamela Bondi, Attorney General of the United States, et al.

Appellants

_____

Appeal from U.S. District Court for the District of North Dakota - Western
(1:23-cv-00003-DMT)
_____

**ORDER**

The parties' joint motion for remand is granted. This case is remanded to the United States District Court for the District of North Dakota for the limited purpose of allowing the district court to rule on a joint motion to vacate a portion of the judgment pursuant to Federal Rule of Civil Procedure 60(b). Upon entry of an amended judgment, the district court shall notify the Eighth Circuit Court of Appeals for further action in connection with this pending appeal.

July 24, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____

/s/ Susan E. Bindler