# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

FIREARMS REGULATORY ACCOUNTABILITY
   COALITION, INC., et al.,

               Plaintiffs-Appellees,

               v.

PAMELA BONDI, ATTORNEY GENERAL
   OF THE UNITED STATES, et al.,

               Defendants-Appellants.

No. 25-1748

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), the parties agree to dismiss the appeal. Each party shall bear its own costs.

                                              Respectfully submitted,

| | |
|---|---|
| */s/ Stephen J. Obermeier* | */s/ Ben Lewis* |
| STEPHEN J. OBERMEIER | COURTNEY DIXON |
| MICHAEL D. FAUCETTE | BEN LEWIS |
| JEREMY JOSEPH BROGGI | Appellate Staff, Civil Division |
| WILLIAM KERWIN LANE III | U.S. Department of Justice |
| BOYD GARRIOTT | 950 Pennsylvania Ave. NW, Rm. 7250 |
| Wiley Rein LLP | Washington, DC 20530 |
| 2050 M Street NW | (202) 514-5091 |
| Washington, DC 20036 | benjamin.r.lewis@usdoj.gov |
| Tel: (202) 719-7000 | |
| | *Attorneys for defendants-appellants* |
| *Attorneys for plaintiffs-appellees* | |

# CERTIFICATE OF SERVICE

I certify that on August 1, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Ben Lewis*
Ben Lewis