# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-1748

Firearms Regulatory Accountability Coalition, Inc. and Franklin Armory, Inc..

Appellees

v.

Pamela Bondi, Attorney General of the United States, et al.

Appellants

------

Appeal from U.S. District Court for the District of North Dakota - Western
(1:23-cv-00003-DMT)

------

## MANDATE

In accordance with the judgment of August 12, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

August 12, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit